TEXTRON INNOVATIONS INC., Appellant,

v.

David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,

and

Club Car, Inc., Appellee.

No. 2011–1520.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2011.

Daniel S. Jones, Michael Best & Friedrich, LLP, Milwaukee, WI, Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, Washington, DC, for Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).